IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAN CORNELIUS, *on behalf of himself*  ) | |
| *and all others similarly situated*  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No.: 21-CV-2108-JAR-TJJ |
| ) | |
| COX COMMUNICATIONS INC.,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Alexander D. Terepka be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 27th day of May, 2021.

1

Respectfully submitted,


<u>s/Ryan K. Meyer</u>
FLEESON, GOOING, COULSON & KITCH, L.L.C.
Ryan K. Meyer, #24340
301 N. Main, Ste. 1900
Wichita, Kansas 67202
Tel: (316) 267-7361
Fax: (316) 267-1754
Email: rmeyer@fleeson.com

<u>s/ Ryan D. Watstein</u>
KABAT CHAPMAN & OZMER LLP
Ryan D. Watstein (*pro hac vice* forthcoming)
rwatstein@kcozlaw.com
Alexander D. Terepka (*pro hac vice* forthcoming)
aterepka@kcozlaw.com
Abigail L. Howd (*pro hac vice* forthcoming)
ahowd@kcozlaw.com
17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel.: (404) 400-7300
Fax: (404) 400-7333

*Counsel for Defendant Cox Communications, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Jason Martin Eslinger
> The Eslinger Law Firm, LLC
> 2517 Jefferson Street
> Kansas City, MO 64108
> 816-259-5226
> Email: jason@eslingerlawfirm.com

_s/Ryan K. Meyer_
Ryan K. Meyer
